No. 73–959. FRIEND *v.* LIPPMAN ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 73–962. PHELPS *v.* COVEY, REFEREE IN BANKRUPTCY. C. A. 7th Cir. Certiorari denied.

No. 73–970. BRINKERHOFF ET AL. *v.* AMFAC, INC. C. A. 9th Cir. Certiorari denied.

No. 73–979. KEALEY *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 73–981. ELLIOTT ET AL. *v.* CHRYSLER MOTORS CORP. ET AL. Sup. Ct. Nev. Certiorari denied.

No. 73–986. DOTLICH *v.* DOTLICH. C. A. 8th Cir. Certiorari denied.

No. 73–990. SWEET ET AL. *v.* SWEET, ANCILLARY ADMINISTRATOR. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 73–992. RIZZO, MAYOR OF PHILADELPHIA, ET AL. *v.* FARBER ET AL. C. A. 3d Cir. Certiorari denied.

No. 73–1000. WILSON *v.* KRANTZ ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 73–1001. SHELL OIL CO. *v.* MARINELLO, DBA GARDEN SHELL STATION. Sup. Ct. N. J. Certiorari denied.

No. 73–1010. MITCHELL *v.* NORFOLK & WESTERN RAILWAY CO. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 73–1020. DAVIS *v.* AMERICAN EXPORT ISBRANDTSEN LINES, INC., ET AL. C. A. 2d Cir. Certiorari denied.